**Fill in this information to identify the case:**

Debtor name **HILLCREST GOM, INC.**
United States Bankruptcy Court for the: Southern District of Texas (State)
Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☐ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |

**2.1** Creditor's name: Westchester Fire Insurance Co., As Agent
Creditor's mailing address: PO Box 1000, Philadelphia, PA 19105
Creditor's email address, if known:
Date debt was incurred: 27 November 2006
Last 4 digits of account number: ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

Describe debtor's property that is subject to a lien: Reimbursement Claim
Bond No. K07471191
West Cameron Block 310 and 311 OCS-G 17789
Describe the lien: Performance Bond
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ unknown   $ 201,984.00

**2.2** Creditor's name: Westchester Fire Insurance Co.
Creditor's mailing address: PO Box 1000, Philadelphia, PA 19105
Creditor's email address, if known:
Date debt was incurred: 27 November 2006
Last 4 digits of account number: ___ ___ ___ ___
Do multiple creditors have an interest in the same property?
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   _____
   _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

Describe debtor's property that is subject to a lien: Reimbursement Claim
Bond No. K04991850
Vermilion Block 225 and 226 OCS-G 01143 and OCS-G 01144
Describe the lien: Performance Bond
Is the creditor an insider or related party?
☒ No
☐ Yes
Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).
As of the petition filing date, the claim is:
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ unknown   $ 336,640.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $ unknown

Official Form 206D         Schedule D: Creditors Who Have Claims Secured by Property         page 1 of 2

Debtor **HILLCREST GOM, INC.**  Case number (if known)_____
   Name

| Part 1: | Additional Page | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3**

**Creditor's name**
Westchester Fire Insurance Co.

**Creditor's mailing address**
PO Box 1000   ☒
Philadephia, PA 19105

**Creditor's email address, if known**
_____

**Date debt was incurred**  27 November 2006
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Reimbursement Claim
Bond No. K04991886
West Cameron Block 593 and 594 OCS-G 02023

**Describe the lien**
Performance Bond

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ unknown    $ 435,002.00

---

**2.4**

**Creditor's name**
Westchester Fire Insurance Co.

**Creditor's mailing address**
PO Box 1000
Philadephia, PA 19105

**Creditor's email address, if known**
_____

**Date debt was incurred**  27 November 2006
**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Reimbursement Claim
Bond No. K04991795
Ship Shoal Block 247 and 248 OCS-G 01028 and OCS-G 01029

**Describe the lien**
Performance Bond

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☒ Contingent
☒ Unliquidated
☐ Disputed

$ unknown    $ 547,566.00