Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Fill in this information to identify the case:

Debtor name **HILLCREST GOM, INC.**

United States Bankruptcy Court for the: Southern District of Texas
(State)

Case number (if known): _____

☐ Check if this is an amended filing

## Part 1: Income

1. **Gross revenue from business**

   ☐ None

   Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year

   | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From 01/01/2017 to Filing date | ☒ Operating a business<br>☐ Other | $ unknown/deminimus |
   | **For prior year:**<br>From 01/01/2016 to 12/31/2016 | ☒ Operating a business<br>☐ Other | $ 810,060 |
   | **For the year before that:**<br>From 01/01/2015 to 12/31/2015 | ☒ Operating a business<br>☐ Other | $ 2,434,587 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From ___/___/_____ to Filing date | | $ _____ |
   | **For prior year:**<br>From ___/___/_____ to ___/___/_____ | | $ _____ |
   | **For the year before that:**<br>From ___/___/_____ to ___/___/_____ | | $ _____ |

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 1

Debtor  Hillcrest GOM, Inc.                                    Case number (if known)
        Name

## Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None        **SEE SOFA SCHEDULE 3 ATTACHED**

   | | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | Creditor's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |
   | 3.2. | Creditor's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code | | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None        **SEE SOFA SCHEDULE 4 ATTACHED**

   | | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
   |---|---|---|---|---|
   | 4.1. | Insider's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code<br>Relationship to debtor<br>_____ | | $_____ | |
   | 4.2. | Insider's name<br>_____<br>Street<br>_____<br>City        State    ZIP Code<br>Relationship to debtor<br>_____ | | $_____ | |

Official Form 207           Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy           page 2

In re Hillcrest GOM, Inc.　　　　　　　SOFA SCHEDULE 3　　　　　　　Chapter 7

1 Hillcrest GOM, Inc.
For Bank Acct:  OPER USA Operating Account
Currency: US dollars

| Check No | Check date | Payee Name | Check amount |
|---|---|---|---|
| 16700 | 11/1/2016 | 1539 Aflac | $651.50 |
| 16701 | 11/1/2016 | 1655 BankDirect Capital Finance | $6,987.59 |
| 16702 | 11/1/2016 | 1039 Blue Cross Blue Shield | $5,127.27 |
| 16703 | 11/2/2016 | 1050 FedEx | $40.01 |
| 16704 | 11/2/2016 | 1274 Francotyp-Postalia, Inc. | $87.68 |
| 16705 | 11/2/2016 | 1693 Gieger, Laborde & | $5,162.50 |
| 16706 | 11/2/2016 | 1056 Konica Minolta Business | $87.70 |
| 16707 | 11/2/2016 | 1659 LOGIX COMMUNICATIONS | $1,106.96 |
| 16708 | 11/2/2016 | 1653 NADSOILCO LLC | $9,402.33 |
| 16709 | 11/2/2016 | 1649 Platinum Parking | $6.00 |
| 16710 | 11/2/2016 | 1069 Quill Corporation | $86.59 |
| 16711 | 11/2/2016 | 1561 REDDOG Systems, Inc. | $46.00 |
| 16712 | 11/2/2016 | 1066 ReadyFresh by Nestle | $74.36 |
| 16713 | 11/2/2016 | 1648 SINOPEC USA INC | $13,752.40 |
| 16714 | 11/2/2016 | 1228 T-Mobile | $136.19 |
| 16715 | 11/23/2016 | 1539 Aflac | $651.50 |
| 16716 | 11/23/2016 | 1655 BankDirect Capital Finance | $6,987.59 |
| 16717 | 11/23/2016 | 1039 Blue Cross Blue Shield | $5,127.27 |
| 16718 | 11/23/2016 | 1693 Gieger, Laborde & | $9,603.70 |
| 16719 | 11/23/2016 | 1659 LOGIX COMMUNICATIONS | $1,133.16 |
| 16720 | 11/23/2016 | 1027 Mike Sullivan | $762.71 |
| 16721 | 11/23/2016 | 1649 Platinum Parking | $336.75 |
| 16722 | 11/23/2016 | 1081 Susan L Weber | $786.73 |
| 16723 | 11/23/2016 | 1654 Wortham Insurance & Risk Mgmt. | $15,000.00 |
| 16724 | 11/23/2016 | 1653 NADSOILCO LLC | $12,426.28 |
| ACH112316 | 11/23/2016 | 1006 Amegy Bank of Texas | $902.81 |
| ACH112316-SUSAN | 11/23/2016 | 1006 Amegy Bank of Texas | $25.00 |
| WIRE112816-CP | 11/28/2016 | 1164 Minerals Management Service | $5,219.60 |
| | 11/30/2016 | November 2016 Payroll Cash | $22,147.85 |
| | 11/30/2016 | November 2016 Payroll Cash | $5,603.78 |
| | 11/30/2016 | Paychex Service Fee for Nov 2016 | $138.89 |
| | 11/30/2016 | Oct 2016 Account Analysts Fee | $492.18 |
| 16725 | 12/6/2016 | 1656 Donner Properties, LLC | $660.00 |
| 16726 | 12/6/2016 | 1050 FedEx | $51.50 |
| 16727 | 12/6/2016 | 1274 Francotyp-Postalia, Inc. | $133.16 |
| 16728 | 12/6/2016 | 1658 George L. Winter | $82.50 |
| 16729 | 12/6/2016 | 1657 James L. Negley | $82.50 |
| 16730 | 12/6/2016 | 1056 Konica Minolta Business | $101.87 |
| 16731 | 12/6/2016 | 1649 Platinum Parking | $328.75 |
| 16732 | 12/6/2016 | 1069 Quill Corporation | $49.94 |
| 16733 | 12/6/2016 | 1561 REDDOG Systems, Inc. | $89.00 |
| 16734 | 12/6/2016 | 1066 ReadyFresh by Nestle | $10.81 |
| 16735 | 12/6/2016 | 1228 T-Mobile | $114.92 |
| 16737 | 12/14/2016 | 1653 NADSOILCO LLC | $3,200.38 |
| | 12/14/2016 | Postage | $200.00 |
| 16738 | 12/16/2016 | 1686 D. Braxton & Associates | $5,000.00 |
| WIRE121616 | 12/16/2016 | 1701 Joseph G Epstein PLLC | $15,335.00 |
| 16739 | 12/21/2016 | 1539 Aflac | $651.50 |
| 16740 | 12/21/2016 | 1655 BankDirect Capital Finance | $6,987.59 |
| 16741 | 12/21/2016 | 1039 Blue Cross Blue Shield | $6,935.69 |
| 16742 | 12/21/2016 | 1659 LOGIX COMMUNICATIONS | $1,111.37 |
| 16743 | 12/21/2016 | 1069 Quill Corporation | $68.91 |
| 16744 | 12/21/2016 | 1653 NADSOILCO LLC | $3,440.67 |
| 16745 | 12/21/2016 | 1654 Wortham Insurance & Risk Mgmt. | $5,000.00 |
| 16746 | 12/21/2016 | 1702 SCM Consulting Corp | $3,000.00 |
| | 12/21/2016 | Nov 2016 Account Analysts Fee | $462.23 |
| ACH122316 | 12/23/2016 | 1006 Amegy Bank of Texas | $1,437.87 |
| | 12/29/2016 | December 2016 Payroll Cash | $22,147.86 |
| | 12/29/2016 | December 2016 Payroll Cash | $5,603.77 |
| | 12/30/2016 | Paychex Service Fee Dec 2016 | $138.89 |
| 16747 | 1/5/2017 | 1654 Wortham Insurance & Risk Mgmt. | $144.00 |
| 16748 | 1/16/2017 | 1652 Prime Plan Solutions | $300.00 |
| | 1/21/2017 | Dec 2016 Account Analysts Fee | $498.50 |
| ACH012217 | 1/22/2017 | 1006 Amegy Bank of Texas | $611.33 |
| 16749 | 1/24/2017 | 1039 Blue Cross Blue Shield | $5,169.84 |

Page 1 of 2

| | | | |
|---|---|---|---|
| 16750 | 1/25/2017 | 1228 T-Mobile | $122.49 |
| | 1/26/2017 | January 2017 Payroll Cash | $13,501.19 |
| | 1/26/2017 | January 2017 Payroll Cash | $6,619.27 |
| | 1/26/2017 | Paychex Service Fee Jan 2017 | $334.56 |
| 16751 | 1/26/2017 | 1228 T-Mobile | $119.83 |

In re Hillcrest GOM, Inc.

SOFA SCHEDULE 4

Chapter 7

| Trans no. | Occur period | Account Name | Amount | Cash amou | AP.VENDC | AP VENDOR NAME | Description |
|---|---|---|---|---|---|---|---|
| 1170709 | 1/31/2016 | Business Meals & Entertainment | $221.06 | 221.06 | 1006 | Amegy Bank of Texas | Company lunch - Alicia's going away |
| 1170710 | 1/31/2016 | Miscellaneous | $280.60 | 280.6 | 1006 | Amegy Bank of Texas | |
| 1183221 | 3/31/2016 | Business Meals & Entertainment | $114.77 | 114.77 | 1006 | Amegy Bank of Texas | |
| 1197179 | 5/31/2016 | Office Expense & Supplies | $41.80 | 41.8 | 1006 | Amegy Bank of Texas | office coffee |
| 1197180 | 5/31/2016 | Business Travel | $98.65 | 98.65 | 1006 | Amegy Bank of Texas | |
| 1199636 | 5/31/2016 | Business Travel | $170.08 | 170.08 | 1006 | Amegy Bank of Texas | Dallas |
| 1199637 | 5/31/2016 | Business Meals & Entertainment | $144.64 | 144.64 | 1006 | Amegy Bank of Texas | Dallas |
| 1209720 | 6/30/2016 | Business Meals & Entertainment | $190.27 | 190.27 | 1006 | Amegy Bank of Texas | Trip to Dallas |
| 1209721 | 6/30/2016 | Business Travel | $1,436.35 | 1436.35 | 1006 | Amegy Bank of Texas | Trip to Dallas |
| 1220386 | 7/31/2016 | Business Travel | $835.65 | 835.65 | 1006 | Amegy Bank of Texas | Trip to Dallas |
| 1224994 | 8/31/2016 | Business Travel | $481.60 | 481.6 | 1006 | Amegy Bank of Texas | Trip to Dallas |
| 1226836 | 9/30/2016 | Business Travel | $2,706.09 | 2706.09 | 1006 | Amegy Bank of Texas | Business travel |
| 1239786 | 10/31/2016 | Business Travel | $902.81 | 902.81 | 1006 | Amegy Bank of Texas | Trip to Canada - BOD Meeting |
| 1240190 | 11/30/2016 | Bank Charges | $25.00 | 25 | 1006 | Amegy Bank of Texas | Rewards Fee |
| 1240927 | 11/30/2016 | Business Travel | $1,437.87 | 1437.87 | 1006 | Amegy Bank of Texas | Trip to Vancouver |
| 1240929 | 12/31/2016 | Bank Charges | $30.00 | 30 | 1006 | Amegy Bank of Texas | Annual fee |
| 1241219 | 12/31/2016 | Bank Charges | ($30.00) | -30 | 1006 | Amegy Bank of Texas | Closed credit card account. |
| 1241291 | 12/31/2016 | Hillcrest Petroleum LTD | $611.33 | 611.33 | 1006 | Amegy Bank of Texas | Business travel to Canada |
| 1241292 | 12/31/2016 | Miscellaneous | $1,359.35 | 0 | 1006 | Amegy Bank of Texas | Disputed charges. to be credited back by bank |
| 1241294 | 12/31/2016 | Bank Charges | ($25.00) | | 1006 | Amegy Bank of Texas | Refund of bank fees |
| 1241404 | 12/31/2016 | Miscellaneous | ($1,359.35) | | 1006 | Amegy Bank of Texas | Disputed charges credited back by bank |
| 1183181 | 3/31/2015 | Communications | $84.01 | 84.01 | 1081 | Susan L Weber | Cell phone service Jan 2016 |
| 1183182 | 3/31/2015 | Communications | $89.01 | 89.01 | 1081 | Susan L Weber | Cell phone service Feb 2016 |
| 1183183 | 3/31/2015 | Communications | $84.01 | 84.01 | 1081 | Susan L Weber | Cell phone service Mar 2016 |
| 1183184 | 3/31/2015 | Dental & Medical | $205.00 | 205 | 1081 | Susan L Weber | Semi-annual dentist |
| 1203442 | 6/30/2016 | Communications | $83.99 | 83.99 | 1081 | Susan L Weber | Cell phone service |
| 1203443 | 6/30/2016 | Communications | $88.99 | 88.99 | 1081 | Susan L Weber | Cell phone service |
| 1203444 | 6/30/2016 | Communications | $83.99 | 83.99 | 1081 | Susan L Weber | Cell phone service |
| 1203445 | 6/30/2016 | Office Expense & Supplies | $9.73 | 9.73 | 1081 | Susan L Weber | |
| 1203446 | 6/30/2016 | Memberships & Subscriptions | $100.00 | 100 | 1081 | Susan L Weber | AAPL Annual Membership renewal 2016 |
| 1239790 | 10/31/2016 | Communications | $89.03 | 89.03 | 1081 | Susan L Weber | Cell phone service |
| 1239791 | 10/31/2016 | Communications | $84.03 | 84.03 | 1081 | Susan L Weber | Cell phone service |
| 1239792 | 10/31/2016 | Communications | $84.03 | 84.03 | 1081 | Susan L Weber | Cell phone service |
| 1239793 | 10/31/2016 | Business Travel | $445.69 | 445.69 | 1081 | Susan L Weber | Airfare to Vancouver |
| 1239794 | 10/31/2016 | Communications | $83.95 | 83.95 | 1081 | Susan L Weber | Cell phone service |
| 1197102 | 4/30/2016 | Dental & Medical | $355.00 | 355 | 1028 | Tere Ramirez | Dentist - Omid's wisdom tooth surgery |
| 1197103 | 4/30/2016 | Office Expense & Supplies | $97.41 | 97.41 | 1028 | Tere Ramirez | Server external backup |
| 1197104 | 4/30/2016 | Office Expense & Supplies | $29.22 | 29.22 | 1028 | Tere Ramirez | Envelopes for 1099s |
| 1197105 | 4/30/2016 | Office Expense & Supplies | $64.27 | 64.27 | 1028 | Tere Ramirez | Filing boxes |
| 1197106 | 4/30/2016 | Office Expense & Supplies | $114.93 | 114.93 | 1028 | Tere Ramirez | Storage |
| 1203450 | 6/30/2016 | Dental & Medical | $1,464.00 | 1464 | 1028 | Tere Ramirez | Dental work |
| | | | **$13,413.86** | | | | |

Debtor  Hillcrest GOM, Inc.
Name

Case number (if known) _____

## Part 3: Legal Actions or Assignments

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☒ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

5.1
Creditor's name _____  
Street _____  
City _____ State ____ ZIP Code ____  
$ _____

5.2
Creditor's name _____  
Street _____  
City _____ State ____ ZIP Code ____  
$ _____

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

Creditor's name _____  
Street _____  
City _____ State ____ ZIP Code ____  
Last 4 digits of account number: XXXX–_____  
$ _____

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Peregrine Oil & Gas, LP v. Hillcrest GOM, Inc. | Breach of Contract--Collection of JIBs | 334th Judicial District Court, Harris County | ☒ Pending |
| Case number | | Name 201 Caroline | ☐ On appeal |
| 2016-71791 | | Street | ☐ Concluded |
| | | City Houston  State TX  ZIP Code 77002 | |
| 7.2. ENI Petroleum US LLC v. Hillcrest GOM, Inc. | Breach of Contract--Collection of JIBs | United States District Court Eastern District of Louisiana | ☒ Pending |
| Case number | | Name 500 Poydras Street | ☐ On appeal |
| 16-CV-14434-MVL-JCW | | Street | ☐ Concluded |
| | | City New Orleans  State LA  ZIP Code 70130 | |

Official Form 207  Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy  page 3

Debtor ____________________ Case number (if known) ____________________
Name

**…essions, foreclosures, and returns**

…perty of the debtor that was obtained by a creditor … g this case, including property repossessed by a cred… …losure sale, transferred by a deed in lieu of forecl… *to the seller. Do not include property listed in line 6.*

☐ …

| | Cre… …d address | De… | Date | …operty |
|---|---|---|---|---|
| 5.1. | Creditor's name<br>Street<br><br>City | | | |
| 5.2. | Creditor's name<br>Street<br><br>City State ZIP Code | | | $ |

**6. Setoff…**

Lis… …including a bank or financial institution, that wi… …ing this case set off or otherwise took anyth… …count of …hout permission or refused to make a payment at the … …on from an account of the debtor because the de… …bt.

| Creditor's name and address | De… …ne … …itor took | Date action was taken | Amoun… |
|---|---|---|---|
| Creditor's name<br>Street<br><br>City State ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | $ |

**Part 3: Legal Actions or Assignments** (Continued)

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Fieldwood Energy Offshore LLC v. Hillcrest GOM, Inc.<br>**Case number**<br>2016-84440 | Breach of Contract--Collection of JIBs | 133rd Judicial District Court<br>Name<br>201 Caroline<br>Street<br><br>Houston TX 77002<br>City State ZIP Code | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Case title**<br><br>**Case number** | | **Court or agency's name and address**<br>Name<br>Street<br><br>City State ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| X<br>Custodian's name<br>Street<br><br>City State ZIP Code | <br>**Case title**<br><br>**Case number**<br><br>**Date of order or assignment** | $<br>**Court name and address**<br>Name<br>Street<br><br>City State ZIP Code |

**Part 4: Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. Recipient's name<br>Street<br><br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |
| 9.2. Recipient's name<br>Street<br><br>City State ZIP Code<br>**Recipient's relationship to debtor** | | | $ |

**Part 5: Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | | | $ |

Debtor    Hillcrest GOM, Inc.            Case number (if known)
       Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Joseph G. Epstein PLLC | | December 16, 2016 | $ 15,335.00 |
| | Address | | | |
| | 440 Louisiana, Suite 900 | | | |
| | Street | | | |
| | Houston, Texas 77002 | | | |
| | City    State    ZIP Code | | | |
| | Email or website address | | | |
| | joe@epsteintexaslaw.com | | | |
| | Who made the payment, if not debtor? | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $ |
| | Address | | | |
| | Street | | | |
| | City    State    ZIP Code | | | |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| Trustee | | | $ |

Debtor _____  Case number (if known) _____
　　　　　Name

## Part 7: Previous Locations

### 13. Transfers not already listed on this statement

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| **13.1.** EPL Oil & Gas, Inc. and M21K, LLC<br>**Address**<br>1021 Main Street, Suite 2626<br>Street<br>Houston, Texas 77006<br>City　　　State　ZIP Code<br>**Relationship to debtor** | Purchase and Sale Agreement effective Aug. 1, 2016<br>Interests and Contracts for OCS Lease 00196 and OCS Lease G03520 together with certain servitudes and contracts set forth in the exhibits to the PSA via setoff of JIBs | October 25, 2016 | $ 1,662,120.96 |
| **13.2.** _____<br>**Address**<br>_____<br>Street<br>_____<br>City　　　State　ZIP Code<br>**Relationship to debtor** | | | $ _____ |

### 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

| Address | Dates of occupancy |
|---|---|
| **14.1.** _____<br>Street<br>_____<br>City　　　State　ZIP Code | From _____ To _____ |
| **14.2.** _____<br>Street<br>_____<br>City　　　State　ZIP Code | From _____ To _____ |

Official Form 207　　Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy　　page 6

Debtor _____  Case number (if known)_____
         Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

|  | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | Facility name _____ <br> Street _____ <br> City _____ State ____ ZIP Code _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. <br> _____ | How are records kept? <br> Check all that apply: <br> ☐ Electronically <br> ☐ Paper |
| 15.2. | Facility name _____ <br> Street _____ <br> City _____ State ____ ZIP Code _____ | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. <br> _____ | How are records kept? <br> Check all that apply: <br> ☐ Electronically <br> ☐ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☒ Yes. Does the debtor serve as plan administrator?

  ☐ No. Go to Part 10.
  ☒ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Hillcrest GOM INC 401K PLAN | EIN: 20 – 3881934 |

Has the plan been terminated?
☐ No
☒ Yes

Debtor ______ Name    Case number (if known) ______

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| | Financial institution name and address | Last 4 digits of account *number* | Type of account | Date account was *closed, sold, moved,* or transferred | Last balance *before closing or* transfer |
|---|---|---|---|---|---|
| 18.1. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |
| 18.2. | Name<br>Street<br>City State ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ______<br>**Address**<br>______ | ______ | ☐ No<br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br>Street<br>City State ZIP Code | ______<br>**Address**<br>______ | ______ | ☐ No<br>☐ Yes |

Debtor _____   Case number (if known) _____
         Name

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name _____ Street _____ _____ City _____ State ___ ZIP Code _____ | | | $ _____ |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

Report all notices, releases, and proceedings known, regardless of when they occurred.

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

| Case title       | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| Case number ____ | Name ____ Street ____ City ___ State ___ ZIP Code ___ | | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name ____ Street ____ City ___ State ___ ZIP Code ___ | Name ____ Street ____ City ___ State ___ ZIP Code ___ | | |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 9

Debtor _____   Case number (if known) _____
        Name

## Part 13: Details About the Debtor's Business or Connections to Any Business

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City  State  ZIP Code | City  State  ZIP Code | | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

|  | Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | Darcy Energy LLC<br>Name<br>3050 Post Oak Blvd., Suite 1700<br>Street<br>Houston, TX 77056<br>City  State  ZIP Code | Oil & Gas E&P | EIN: 4 3 - 2 0 5 3 8 1 6<br>Dates business existed<br>From 2004  To 2017 |
| 25.2. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From ____  To ____ |
| 25.3. | Name<br>Street<br>City  State  ZIP Code | | EIN: __ __ - __ __ __ __ __ __ __<br>Dates business existed<br>From ____  To ____ |

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page 10

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page 11

## 26. Books, records, and financial statements

**26a.** List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | Tere Ramirez<br>Name<br>3050 Post Oak Blvd., Suite 1700<br>Street<br><br>Houston, TX 77056<br>City  State  ZIP Code | From 2015 To 2017 |
| 26a.2. | Sean McGrath, CFO--Hillcrest Petroleum Ltd.<br>Name<br>1410 - 1030 West Georgia Street<br>Street<br><br>Vancouver, BC V6E 2Y2<br>City  State  ZIP Code | From 2015 To 2017 |

**26b.** List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26b.1. | Lancaster & David<br>Name<br>701 West Georgia Street, Suite 510<br>Street<br><br>Vancouver, BC Canada V7Y 1C6<br>City  State  ZIP Code | From 2014 To 2015 |
| 26b.2. | Pricewaterhouse Coopers LLP<br>Name<br>Pricewaterhouse Place<br>250 Howe Street, Suite 700<br>Street<br><br>Vancouver, BC Canada V6C 3S7<br>City  State  ZIP Code | From 2015 To 2016 |

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Same as 26a above<br>Name<br><br>Street<br><br>City  State  ZIP Code | |

Debtor _____   Case number (if known) _____
        Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | ____________________ Name<br>____________________ Street<br>____________________<br>____________________ City State ZIP Code | ____________________<br>____________________<br>____________________ |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| | Name and address |
|---|---|
| 26d.1. | ____________________ Name<br>____________________ Street<br>____________________<br>____________________ City State ZIP Code |

| | Name and address |
|---|---|
| 26d.2. | ____________________ Name<br>____________________ Street<br>____________________<br>____________________ City State ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ____________________ | ______ | $__________ |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | ____________________ Name<br>____________________ Street<br>____________________<br>____________________ City State ZIP Code |

Debtor _____   Case number (if known) _____

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ _____ |

**Name and address of the person who has possession of inventory records**

27.2.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Donald Currie | 1410 - 1030 West Georgia Street, Vancouver | Director | |
| Michael Krzus | 1410 - 1030 West Georgia Street, Vancouver | Director | |
| Jason P. Oden | 3050 Post Oak Blvd., Suite 1700, Houston | Director | |
| Susan Weber | 3050 Post Oak Blvd., Suite 1700, Houston | Director | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |
| | | | From ____ To ____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No   None other than what is listed in SOFA Schedule 4
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.1.
Name _____
Street _____
_____
City _____ State ____ ZIP Code ____

Relationship to debtor _____

Official Form 207   Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   page 13

**Name and address of recipient**

30.2 ______
Name
______
Street
______
______
City    State    ZIP Code

**Relationship to debtor**

______

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| **Name of the parent corporation** | **Employer Identification number of the parent corporation** |
|---|---|
| ______ | EIN: __ __ – __ __ __ __ __ __ __ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| **Name of the pension fund** | **Employer Identification number of the pension fund** |
|---|---|
| ______ | EIN: __ __ – __ __ __ __ __ __ __ |

## Part 14: Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 02/02/2017
MM / DD / YYYY

✘ [signature]
Signature of individual signing on behalf of the debtor

Printed name Jason P. Oden

Position or relationship to debtor President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No
☒ Yes